# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROUCH,<br><br>        Defendant.<br>_____ / | CASE NO.   1:13-cv-00289-LJO-MJS (PC)<br><br>ORDER (1) DIRECTING CLERK TO PROVIDE PLAINTIFF WITH A COPY OF THE COMPLAINT AND (2) EXTENDING TIME FOR PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT<br><br>(ECF No. 9)<br><br>FIRST AMENDED COMPLAINT DUE WITHIN THIRTY (30) DAYS |

On February 27, 2013, Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Court screened Plaintiff's Complaint and dismissed it on March 28, 2013 for failure to state a claim, but gave Plaintiff leave to file an amended complaint by not later than May 2, 2013. (ECF No. 8.) On April 29, 2013, Plaintiff filed a motion requesting a copy of the Complaint so he can prepare his amended pleading. (ECF No. 9.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that

1

Plaintiff's Motion (ECF No. 9) is GRANTED such that:

1. The Clerk of the Court shall provide Plaintiff with a copy of his Complaint, filed February 27, 2013;

2. Plaintiff shall file his first amended complaint by not later than thirty (30) days following service of this Order; and

3. If Plaintiff fails to file a first amended complaint in compliance with this Order, the Court will recommend that this action be dismissed, with prejudice, for failure to state a claim and failure to prosecute, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Di Vittorio 658 F.3d 1090 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   May 4, 2013            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

2