# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROUCH,<br><br>        Defendant. | Case No. 1:13-cv-00289-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>ECF Nos. 21, 25, and 29 |

Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 27, 2013. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2013, the Magistrate Judge issued a findings and recommendations recommending that Plaintiff's motions for preliminary injunctive relief be denied, without prejudice. (ECF No. 29.) Plaintiff filed objections on January 6, 2014. (ECF No. 35.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 16, 2013, are adopted in full and

2. Plaintiff's motions for preliminary injunctive relief (ECF Nos. 21 and 25) are DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **February 13, 2014**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

3.

2