UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROUCH,<br><br>    Defendant. | CASE No. 1:13-cv-00289-LJO-MJS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES<br><br>(ECF No. 44) |

Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 16, 2013, the Court issued findings and recommendations that Plaintiff's motions for a preliminary injunction (ECF Nos. 21 and 25), filed September 20, 2013 and October 17, 2013, respectively, be denied. (ECF No. 29.) Plaintiff filed objections. (ECF No. 35.) The findings and recommendations were adopted by the District Judge(ECF No. 39). On February 28, 2014, Plaintiff filed a motion seeking copies of the documents described above along with a copy of the Second Amended Complaint. (ECF No. 44.)

The Clerk of the Court is HEREBY ORDERED to provide Plaintiff with copies of

1

1  the following documents from the docket in this action: ECF Nos. 17, 21, 25, 29, and 35.

IT IS SO ORDERED.

   Dated:   September 18, 2014            /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE