UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | CASE No. 1:13-cv-00289-LJO-MJS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES |
| v. | (ECF No. 97) |
| ROUCH, | |
| Defendant. | |

Plaintiff Roberto Herrera is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 6, 2014, Plaintiff filed a motion seeking a copy of the Defendant's November 13, 2013, response to Plaintiff's motion for a preliminary injunction. (ECF No. 97.)

The Clerk of the Court is HEREBY ORDERED to provide Plaintiff with a copy of ECF No. 26 from the docket in this action.

IT IS SO ORDERED.

Dated:   October 28, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28