# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROUCH,<br><br>　　　　　Defendant. | CASE NO. 1:13-cv-00289-LJO-MJS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION FOR RECONSIDERATION<br><br>(ECF NO. 82 and 93) |

Plaintiff Roberto Herrera is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds on the Second Amended Complaint claiming that Defendant Rouch exhibited deliberate indifference to Plaintiff's serious medical need. (ECF No. 18.)

On June 18, 2014 Defendant requested that the the unenumerated Rule 12(b) portion of a previously filed motion to dismiss, regarding exhaustion of administrative remedies, be converted into a motion for summary judgment. (ECF No. 65.) Alternatively, Defendant asked that he be permitted to withdraw the 12(b) portion and granted leave to file a motion for summary judgment based on exhaustion of administrative remedies. (Id.) On August 4, 2014 the Court denied the request to convert and granted the request for leave to file a motion for summary judgment. (ECF No. 78.)

1
2
3
Plaintiff subsequently filed a motion seeking reconsideration of the Court's August 4, 2014 order.  (ECF No. 82.)  On September 25, 2014, Plaintiff asked that his request for reconsideration be withdrawn.  (ECF No. 93.)

4
5
Plaintiff's request (ECF No. 93) is GRANTED, and the motion for reconsideration (ECF No. 82) shall be disregarded.

6
7
IT IS SO ORDERED.

8
9
Dated:   October 28, 2014                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2